JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rory Chavez**, | Case No. 2:20-CV-01488-DSF-MAA |
| Plaintiff, | **Order re: Joint Motion Requesting that the Court Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and Stipulation for Conditional Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2).** |
| v. | |
| **County of Ventura;** and Does 1-10, Inclusive | |
| Defendants. | |

**IT IS HEREBY ORDERED:**

1.      The parties have entered into a written Settlement Agreement, which resolves all issues and controversies to their mutual satisfaction.

2.      The material terms of the Parties' Settlement Agreement are set forth in the Joint Motion Requesting that the Court Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and Stipulation for Conditional Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2) and Exhibit 1 thereto.

3.      By consent of the parties and the Court, and under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-382 (1994), the Court shall retain jurisdiction through November 13, 2025 for the purpose of enforcing the terms of the Settlement Agreement.

4.      Except as provided for above, this case is dismissed in its entirety, with each party bearing their own attorney's fees and costs.


IT IS SO ORDERED.

DATED:  November 20, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE